

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-19-00435-CR

———————————————————

CLARENCE WILLIAM DAVIS, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 3
Tarrant County, Texas
Trial Court No. 1585738D

Before Womack, J; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Pro se appellant Clarence William Davis attempts to appeal from his conviction for possession of one gram or more but less than four grams of cocaine. *See* Tex. Health & Safety Code Ann. §§ 481.102(3)(D), 481.115(c). On October 24, 2019, Davis pleaded guilty pursuant to a plea bargain, and in accordance with that plea bargain, the trial court sentenced Davis to ten years' confinement. The trial court's certification of Davis's right of appeal states that this "is a plea-bargain case, and [Davis] has NO right of appeal."

On November 21, 2019, we notified Davis and his attorney of record by letter of the trial court's certification. *See* Tex. R. App. P. 25.2(a)(2). In our letter, we informed Davis that if he or any party desiring to continue the appeal did not respond by Monday, December 2, 2019, showing grounds for continuing the appeal, the appeal could be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. Davis did not respond to our letter. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(a)(2), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 16, 2020